UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SOPHIA DAIRE, | ) | Case No. CV 10-3743-DMG (AJW) |
|      Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| MARY LATTIMORE, Warden, | ) | |
|      Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.


Dated: April 9, 2012

_____
Dolly M. Gee
United States District Judge